THEODORE VAN HEEK, *ET AL.*, PLAINTIFFS-PETITION-ERS, v. BOROUGH OF FORT LEE, DEFENDANT - RE-SPONDENT.

*Mr. Robert W. Dempsey* for the petitioners.

*Messrs. Breslin & Monaghan* for the respondent.

April 30, 1968. Denied.

EDITH A. ZEIGLER, PLAINTIFF-PETITIONER, v. CIVIL SERVICE COMMISSION, *ET AL.*, DEFENDANTS - RE-SPONDENTS.

*Messrs. Richman, Berry & Ferren* and *Mr. Robert W. Page* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Theodore A. Winard* for the respondents.

April 30, 1968. Denied.

FRANK GRAF, *ET AL.*, PLAINTIFFS - PETITIONERS, v. THOMAS FOLARNO, DEFENDANT-RESPONDENT.

See same case below: 99 *N. J. Super.* 173.

*Thomas F. Shebell* for the petitioners.

*Messrs. Carton, Nary, Witt & Arvanitis* and *Mr. H. Frank Carpentier* for the respondent.

April 30, 1968. Denied.